UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VINTON SWABY,

                   **Plaintiff,**

    -against-

SAINT CABRINI NURSING HOME, INC. d/b/a
CABRINI OF WESTCHESTER,

                   **Defendant.**

------------------------------------------------------------X

24-CV-08575 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The order of automatic referral to mediation at ECF No. 12 is VACATED. The parties are directed to comply with the deadlines set forth in the Civil Case Management Plan & Scheduling Order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 8, 2025
                New York, New York