UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VINTON SWABY,

                      **Plaintiff,**

        -against-

SAINT CABRINI NURSING HOME, INC. d/b/a
CABRINI OF WESTCHESTER,

                      **Defendant.**

------------------------------------------------------------X

24-CV-08575 (DEH)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/2025

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the order of referral to the Court's Alternative Dispute Resolution program, the Court extends all remaining deadlines by 30 days:

1. Disclosure of expert evidence extended from August 29, 2025 to September 30, 2025.

2. Disclosure of rebuttal expert evidence extended from October 15, 2025 to November 14, 2025.

3. Completion of expert discovery extended from December 3, 2025 to January 5, 2026.

4. Summary Judgment motion(s), if any, shall be filed no later than February 4, 2026.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:       August 18, 2025
                New York, New York